**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jeffrey Lee Hummel<br>Shari Lynn Hummel<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 12-25835 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for Bank of New York Mellon, as Trustee for the Asset Backed Securities Coporation Home Equity Loan Trust 1999-LB1 and index same on the master mailing list.

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    jwarmbrodt@kmllawgroup.com
    Attorney I.D. No. 42524
    Thomas Puleo, Esquire
    tpuleo@kmllawgroup.com
    Attorney I.D. No. 27615
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: (215)-627-1322
    Attorney for Movant/Applicant