**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-25835-GLT |
| | ) | |
| Jeffery Lee Hummel | ) | Chapter 13 |
| Shari Lynn Hummel | ) | |
|     Debtors | ) | Related to Docket No.: 34 and 35 |
| | ) | |
| Jeffery Lee Hummel | ) | |
| Shari Lynn Hummel | ) | |
|     Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondents. | ) | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in the Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On **February 26, 2013,** at docket numbers **34** and **35**, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *a Certificate of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by the Undersigned Counsel, who duly questioned Debtors about the statements in the Certification and verified the answers in support of this Certification.

Dated: **December 1, 2017**

Respectfully submitted by,
**/s/ Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Esq.
P.A. I.D #93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, Fl.2, Suite2
Pittsburgh, PA 15235
412-241-1697 (Telephone)
412-241-1687 (Fax)
areese8897@aol.com
Attorney for Debtors