# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  JEFFERY LEE HUMMEL
SHARI LYNN HUMMEL
  Debtor(s)
  Ronda J. Winnecour, Trustee
  Movant
    vs.
  JEFFERY LEE HUMMEL
SHARI LYNN HUMMEL

  Respondents

Case No.12-25835GLT

Chapter 13

Document No._____89_____

FILED
12/1/17 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this _____1st_____ day of __December__ , 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Mbna Institutional Pa Services Llc
Attn: Payroll Manager
C/O The Bank Of New York Mellon
3012 Bny Mellon Center
Pittsburgh,PA 15258

is hereby ordered to immediately terminate the attachment of the wages of JEFFERY LEE

HUMMEL, social security number XXX-XX-8839.  No future payments are to be sent to Ronda

J. Winnecour, Trustee on behalf of JEFFERY LEE HUMMEL.

BY THE COURT:

_____ jah

UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-25835-GLT
Jeffery Lee Hummel                                                    Chapter 13
Shari Lynn Hummel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel          Page 1 of 1          Date Rcvd: Dec 01, 2017
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db            +Jeffery Lee Hummel,    1723 Loretta Drive,    Pittsburgh, PA 15235-2327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
          Albert G. Reese, Jr.   on behalf of Debtor Jeffery Lee Hummel areese8897@aol.com,
          agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Albert G. Reese, Jr.   on behalf of Joint Debtor Shari Lynn Hummel areese8897@aol.com,
          agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Christopher A. DeNardo   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
          al... pabk@logs.com
          James Warmbrodt   on behalf of Creditor   Bank of New York Mellon, as Trustee for the Asset
          Backed Securities Coporation Home Equity Loan Trust 1999-LB1 bkgroup@kmllawgroup.com
          James M. Berent   on behalf of Plaintiff Jeffery Lee Hummel jamesberent@gmail.com
          James M. Berent   on behalf of Joint Debtor Shari Lynn Hummel jamesberent@gmail.com
          James M. Berent   on behalf of Plaintiff Shari Lynn Hummel jamesberent@gmail.com
          Kevin H. Buraks   on behalf of Creditor   Municipality of Penn Hills kburaks@portnoffonline.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 11