**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JEFFERY LEE HUMMEL** |
| Debtor 2 (Spouse, if filing) | **SHARI LYNN HUMMEL** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **12-25835GLT** |

## Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** BANK OF NEW YORK MELLON - TRUSTEE

**Court claim no.** (if known): 3-2

**Last 4 digits** of any number you use to identify the debtor's account: 1 5 5 6

**Property Address:**
1723 LORETTA DR
PITTSBURGH PA 15235

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 20,168.15 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 20,168.15 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 20,168.15 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

| Current monthly mortgage payment | $ | $709.31 |
|---|---|---|

The next postpetition payment is due on 2 / 1 / 2018
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **JEFFERY LEE HUMMEL** | Case number *(if known)* | **12-25835GLT** |
|---|---|---|---|
| | Name | | |

## Part 4:   A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**x** /s/ Ronda J. Winnecour            Date   01/10/2018
    Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| | SUITE 3250 US STEEL TWR |
| | PITTSBURGH, PA  15219 |

Contact phone   (412) 471-5566            Email   cmecf@chapter13trusteewdpa.com

Debtor 1     **JEFFERY LEE HUMMEL**        Case number *(if known)*   **12-25835GLT**
<br>Name

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 01/28/2014 | 0878902 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 18.62 |
| 03/25/2014 | 0887029 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 276.54 |
| 04/25/2014 | 0891144 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 578.29 |
| 05/28/2014 | 0895256 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,453.96 |
| 06/25/2014 | 0899290 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 578.19 |
| 08/26/2014 | 0907471 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,153.94 |
| 09/29/2014 | 0911581 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 578.08 |
| 10/29/2014 | 0915621 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 577.84 |
| 12/22/2014 | 0924338 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 278.92 |
| 01/27/2015 | 0928385 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,453.04 |
| 03/26/2015 | 0936529 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,153.72 |
| 04/24/2015 | 0940637 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 577.78 |
| 05/26/2015 | 0944809 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 577.70 |
| 07/28/2015 | 0951309 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 1,178.96 |
| 08/26/2015 | 0955417 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 561.25 |
| 10/26/2015 | 0963279 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 1,131.64 |
| 11/24/2015 | 0967388 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 568.37 |
| 01/26/2016 | 0975481 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 265.35 |
| 02/24/2016 | 0979490 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 1,437.95 |
| 03/28/2016 | 0983425 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 568.16 |
| 05/24/2016 | 0991674 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 1,205.22 |
| 07/26/2016 | 1004397 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 1,177.45 |
| 08/26/2016 | 1008364 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 589.14 |
| 09/27/2016 | 1012392 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 589.05 |
| 11/21/2016 | 1019734 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 280.08 |
| 12/21/2016 | 1022990 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 572.59 |
| 01/27/2017 | 1026372 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 786.75 |
| | | | | 20,168.15 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 06/25/2013 | 0850121 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 3,955.56 |
| 07/25/2013 | 0854314 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 830.04 |
| 08/27/2013 | 0858481 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 913.17 |
| 09/26/2013 | 0862610 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 960.06 |
| 10/25/2013 | 0866719 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 992.86 |
| 11/22/2013 | 0870783 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 511.85 |
| 12/23/2013 | 0874815 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,039.93 |
| 01/28/2014 | 0878902 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,551.23 |
| 02/25/2014 | 0882973 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 535.30 |
| 03/25/2014 | 0887029 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 898.66 |
| 04/25/2014 | 0891144 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 716.98 |
| 05/28/2014 | 0895256 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 716.98 |
| 06/25/2014 | 0899290 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 716.98 |
| 07/24/2014 | 0903409 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 547.98 |
| 08/26/2014 | 0907471 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 885.98 |
| 09/29/2014 | 0911581 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 716.98 |
| 10/29/2014 | 0915621 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 716.98 |
| 11/24/2014 | 0919732 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 547.55 |
| 12/22/2014 | 0924338 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 886.41 |
| 01/27/2015 | 0928385 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 716.98 |
| 02/24/2015 | 0932462 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 540.08 |
| 03/26/2015 | 0936529 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 893.88 |
| 04/24/2015 | 0940637 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 716.98 |
| 05/26/2015 | 0944809 | JPMORGAN CHASE BANK NA | AMOUNTS DISBURSED TO CREDITOR | 716.98 |
| 06/23/2015 | 0947355 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 539.07 |
| 07/28/2015 | 0951309 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 894.89 |
| 08/26/2015 | 0955417 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 716.98 |
| 09/28/2015 | 0959403 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 545.44 |
| 10/26/2015 | 0963279 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 888.52 |
| 11/24/2015 | 0967388 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 716.98 |
| 12/22/2015 | 0971497 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 546.67 |
| 01/26/2016 | 0975481 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 887.29 |
| 02/24/2016 | 0979490 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 716.98 |

Debtor 1      **JEFFERY LEE HUMMEL**                                     Case number *(if known)* **12-25835GLT**
_____                              _____
              Name

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|------|---------|------|--------------|--------|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 03/28/2016 | 0983425 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 716.98 |
| 04/22/2016 | 0987750 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 542.94 |
| 05/24/2016 | 0991674 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 833.94 |
| 06/27/2016 | 1000400 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 541.11 |
| 07/26/2016 | 1004397 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 864.31 |
| 08/26/2016 | 1008364 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 09/27/2016 | 1012392 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 10/26/2016 | 1016314 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 538.72 |
| 11/21/2016 | 1019734 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 866.70 |
| 12/21/2016 | 1022990 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 01/27/2017 | 1026372 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 02/24/2017 | 1029867 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 03/28/2017 | 1033237 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 04/21/2017 | 1036628 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 05/25/2017 | 1039885 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 06/27/2017 | 1043229 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 07/25/2017 | 1046584 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 08/25/2017 | 1049895 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 09/26/2017 | 1053231 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 10/25/2017 | 1056611 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 11/21/2017 | 1059946 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 12/21/2017 | 1063165 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 802.59 |
| | | | | 44,224.43 |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JEFFERY LEE HUMMEL
SHARI LYNN HUMMEL
1723 LORETTA DRIVE
PITTSBURGH, PA  15235

ALBERT G REESE JR ESQ
THE LAW OFFICE OF ALBERT G REESE JR
640 RODI RD 2ND FL STE 2
PITTSBURGH, PA  15235

BANK OF NEW YORK MELLON - TRUSTEE
C/O SELECT PORTFOLIO SERVICING INC*
PO BOX 65450
SALT LAKE CITY, UT  84165-0450

SELECT PORTFOLIO SERVICING INC**
ATTN BANKRUPTCY NOTICING
3217 S DECKER LAKE DR
SALT LAKE CITY, UT  84119

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


1/10/18                                                    /s/ Renee Ward
                                                           _____
                                                           Administrative Assistant
                                                           Office of the Chapter 13 Trustee