Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Jeffery Lee Hummel** : | Case No. 12−25835−GLT |
| **Shari Lynn Hummel** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 95 |
| v. : | |
| **No Respondents** : | Hearing Date: 3/28/18 at 11:00 AM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 29th of January, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 95 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  **On or before March 15, 2018**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on **March 28, 2018 at 11:00 AM** in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-25835-GLT
Jeffery Lee Hummel                                                      Chapter 13
Shari Lynn Hummel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel           Page 1 of 2           Date Rcvd: Jan 29, 2018
                               Form ID: 604         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db/jdb         +Jeffery Lee Hummel,    Shari Lynn Hummel,    1723 Loretta Drive,    Pittsburgh, PA 15235-2327
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13521700       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.a.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
14415944       +Bank of New York Mellon, as Trustee for,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13521701       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13521703       +Fashion Bug/soanb,    1103 Allen Dr,    Milford, OH 45150-8763
13521704       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13521705       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13614898       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13628387       +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P. O. Box 3020,
                 Norristown, PA 19404-3020
13521706        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13521708       +Powell Rogers & Speaks,    1 Fisher St,    Halifax, PA 17032-8845
13521711       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13521712       +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
                 Minneapolis, MN 55440-9475
13521713       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
                 Minneapolis, MN 55440-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2018 02:17:09      NCEP, LLC,
                 PO Box 165028,    Irving, TX 75016-5028
dft            +E-mail/PDF: cbp@onemainfinancial.com Jan 30 2018 02:17:35      OneMain Financial, Inc.,
                 300 Saint Paul Place,    Baltimore, MD 21202-5038
13521699       +E-mail/Text: roy.buchholz@allianceoneinc.com Jan 30 2018 02:10:58      Allianceone,
                 1684 Woodlands Dr Ste 15,    Maumee, OH 43537-4093
13521702       +E-mail/Text: kcarter@creditmanagementcompany.com Jan 30 2018 02:12:02      Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13573797       +E-mail/Text: kburkley@bernsteinlaw.com Jan 30 2018 02:12:17      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13521707       +E-mail/PDF: cbp@onemainfinancial.com Jan 30 2018 02:17:06      Onemain Fi,   Po Box 499,
                 Hanover, MD 21076-0499
13608339        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 02:25:28
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13521709       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:16:43      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of New York Mellon, as Trustee for the Asset
cr              JPMORGAN CHASE BANK, N.A.
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al..
cr*            +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13521710      ##+Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
                                                                                         TOTALS: 3, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel              Page 2 of 2          Date Rcvd: Jan 29, 2018
                              Form ID: 604            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
          Albert G. Reese, Jr.   on behalf of Joint Debtor Shari Lynn Hummel areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Albert G. Reese, Jr.   on behalf of Debtor Jeffery Lee Hummel areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
           al... pabk@logs.com
          James  Warmbrodt    on behalf of Creditor    Bank of New York Mellon, as Trustee for the Asset
           Backed Securities Coporation Home Equity Loan Trust 1999-LB1 bkgroup@kmllawgroup.com
          James M. Berent    on behalf of Joint Debtor Shari Lynn Hummel jamesberent@gmail.com
          James M. Berent    on behalf of Plaintiff Shari Lynn Hummel jamesberent@gmail.com
          James M. Berent    on behalf of Plaintiff Jeffery Lee Hummel jamesberent@gmail.com
          Kevin H. Buraks    on behalf of Creditor    Municipality of Penn Hills kburaks@portnoffonline.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```