**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFERY LEE HUMMEL<br>SHARI LYNN HUMMEL<br>    Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Repondents. | Case No.:12-25835<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

| | |
|---|---|
| January 25, 2018 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/30/2012 and confirmed on 3/15/13. The case was subsequently        Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 109,817.20 |
| Less Refunds to Debtor | 6,922.90 | |
| TOTAL AMOUNT OF PLAN FUND | | 102,894.30 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,700.00 | |
|   Trustee Fee | 4,072.91 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,772.91 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 44,224.43 | 0.00 | 44,224.43 |
|     Acct: 1556 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 20,168.15 | 20,168.15 | 0.00 | 20,168.15 |
|     Acct: 1556 | | | | |
|   OAKMONT WATER AUTHORITY | 136.06 | 136.06 | 0.00 | 136.06 |
|     Acct: 3210 | | | | |
|   PENN HILLS SEWAGE(*) | 243.26 | 243.26 | 71.80 | 315.06 |
|     Acct: 6800 | | | | |
|   PENN HILLS SEWAGE(*) | 71.35 | 71.35 | 0.00 | 71.35 |
|     Acct: 6800 | | | | |
|   SANTANDER CONSUMER USA(*) | 25,274.79 | 25,274.79 | 3,420.27 | 28,695.06 |
|     Acct: 1000 | | | | |
| | | | | 93,610.11 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFERY LEE HUMMEL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFERY LEE HUMMEL | 929.00 | 929.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFERY LEE HUMMEL | 5,993.90 | 5,993.90 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PITTSBURGH BANKRUPTCY CENTER LL( | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT L WILLIAMS ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES M BERENT ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 281.00 | 281.00 | 0.00 | 281.00 |
|     Acct: XXXXXXXX-JKF | | | | |
| | | | | 281.00 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 815.31 | 815.31 | 0.00 | 815.31 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8001 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0172 | | | | |
| ALLIANCE ONE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9681 | | | | |
| ALLIANCE ONE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6393 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3664 | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5822 | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5928 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9706 | | | | |
| POWELL ROGERS & SPEAKS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5511 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 414.97 | 414.97 | 0.00 | 414.97 |
| Acct: 0083 | | | | |
| KEVIN H BURAKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASCENSION CAPITAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,230.28 |

TOTAL PAID TO CREDITORS                                                                           95,121.39

TOTAL
CLAIMED                 281.00
PRIORITY             45,893.61
SECURED               1,230.28


Date: 01/25/2018                                           /s/ Ronda J. Winnecour

                                                           RONDA J WINNECOUR PA ID #30399
                                                           CHAPTER 13 TRUSTEE WD PA
                                                           600 GRANT STREET
                                                           SUITE 3250 US STEEL TWR
                                                           PITTSBURGH, PA  15219
                                                           (412) 471-5566
                                                           cmecf@chapter13trusteewdpa.com

Case 12-25835-GLT    Doc 98    Filed 01/31/18    Entered 02/01/18 00:52:32    Desc Imaged
Certificate of Notice    Page 3 of 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JEFFERY LEE HUMMEL
    SHARI LYNN HUMMEL
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:12-25835

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                            BY THE COURT:

                                            _____
                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-25835-GLT
Jeffery Lee Hummel                                                  Chapter 13
Shari Lynn Hummel
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel                  Page 1 of 2              Date Rcvd: Jan 29, 2018
                             Form ID: pdf900             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.
```
db/jdb         +Jeffery Lee Hummel,   Shari Lynn Hummel,   1723 Loretta Drive,   Pittsburgh, PA 15235-2327
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
13521700      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.a.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
14415944       +Bank of New York Mellon, as Trustee for,   Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
13521701       +Chase,   Po Box 24696,   Columbus, OH 43224-0696
13521703       +Fashion Bug/soanb,   1103 Allen Dr,   Milford, OH 45150-8763
13521704       +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
13521705       +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13614898       +JPMorgan Chase Bank, National Association,   Attn: Correspondence Mail, Mail code LA4,
                 700 Kansas Lane,   Monroe, LA 71203-4774
13628387       +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,   P. O. Box 3020,
                 Norristown, PA 19404-3020
13521706        Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
13521708       +Powell Rogers & Speaks,   1 Fisher St,   Halifax, PA 17032-8845
13521711       +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13521712       +Target Credit Card (TC),   C/O Financial & Retail Services,   Mailstop BT  P.O. Box 9475,
                 Minneapolis, MN 55440-9475
13521713       +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,   Mailstop BV  P.O.Box 9475,
                 Minneapolis, MN 55440-9475
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2018 02:17:08     NCEP, LLC,
                 PO Box 165028,   Irving, TX 75016-5028
dft            +E-mail/PDF: cbp@onemainfinancial.com Jan 30 2018 02:16:40     OneMain Financial, Inc.,
                 300 Saint Paul Place,   Baltimore, MD 21202-5038
13521699       +E-mail/Text: roy.buchholz@allianceoneinc.com Jan 30 2018 02:10:58     Allianceone,
                 1684 Woodlands Dr Ste 15,   Maumee, OH 43537-4093
13521702       +E-mail/Text: kcarter@creditmanagementcompany.com Jan 30 2018 02:12:02     Credit Management Co,
                 2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13573797       +E-mail/Text: kburkley@bernsteinlaw.com Jan 30 2018 02:12:16     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13521707       +E-mail/PDF: cbp@onemainfinancial.com Jan 30 2018 02:17:34     Onemain Fi,   Po Box 499,
                 Hanover, MD 21076-0499
13608339        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 02:25:41
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13521709       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:09     Sams Club / GEMB,
                 Attention:  Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Bank of New York Mellon, as Trustee for the Asset
cr              JPMORGAN CHASE BANK, N.A.
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al..
cr*            +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13521710      ##+Santander Consumer Usa,   8585 N Stemmons Fwy Ste 1100-N,   Dallas, TX 75247-3822
                                                                                   TOTALS: 3, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel                Page 2 of 2          Date Rcvd: Jan 29, 2018
                              Form ID: pdf900           Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Joint Debtor Shari Lynn Hummel areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Debtor Jeffery Lee Hummel areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Christopher A. DeNardo     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              James  Warmbrodt     on behalf of Creditor    Bank of New York Mellon, as Trustee for the Asset
               Backed Securities Coporation Home Equity Loan Trust 1999-LB1 bkgroup@kmllawgroup.com
              James M. Berent    on behalf of Joint Debtor Shari Lynn Hummel jamesberent@gmail.com
              James M. Berent    on behalf of Plaintiff Shari Lynn Hummel jamesberent@gmail.com
              James M. Berent    on behalf of Plaintiff Jeffery Lee Hummel jamesberent@gmail.com
              Kevin H. Buraks    on behalf of Creditor    Municipality of Penn Hills kburaks@portnoffonline.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```