**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JEFFERY LEE HUMMEL
SHARI LYNN HUMMEL
Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-25835

Chapter 13

Document No.: 95

FILED
3/22/18 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __22nd__ day of __March__, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Dated: 3/22/18

cm: Ronda Winnecour, Esq.

BY THE COURT:

_____
GREGORY L. TADDONIO   hct
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-25835-GLT
Jeffery Lee Hummel                                                      Chapter 13
Shari Lynn Hummel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 2           Date Rcvd: Mar 22, 2018
                              Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db/jdb         +Jeffery Lee Hummel,    Shari Lynn Hummel,    1723 Loretta Drive,    Pittsburgh, PA 15235-2327
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13521700       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank Of America, N.a.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
14415944       +Bank of New York Mellon, as Trustee for,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
13521701       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13521703       +Fashion Bug/soanb,    1103 Allen Dr,    Milford, OH 45150-8763
13521704       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13521705       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13614898       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
                 700 Kansas Lane,   Monroe, LA 71203-4774
13628387       +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P. O. Box 3020,
                 Norristown, PA 19404-3020
13521706        Nco Fin/55,   Po Box 13570,    Philadelphia, PA 19101
13521708       +Powell Rogers & Speaks,    1 Fisher St,    Halifax, PA 17032-8845
13521711       +Sears/cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
13521712       +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
                 Minneapolis, MN 55440-9475
13521713       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
                 Minneapolis, MN 55440-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 23 2018 01:58:04     NCEP, LLC,
                 PO Box 165028,   Irving, TX 75016-5028
dft            +E-mail/PDF: cbp@onemainfinancial.com Mar 23 2018 01:58:00     OneMain Financial, Inc.,
                 300 Saint Paul Place,    Baltimore, MD 21202-5038
13521699       +E-mail/Text: roy.buchholz@allianceoneinc.com Mar 23 2018 01:56:12      Allianceone,
                 1684 Woodlands Dr Ste 15,    Maumee, OH 43537-4093
13521702       +E-mail/Text: abovay@creditmanagementcompany.com Mar 23 2018 01:57:09     Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13573797       +E-mail/Text: kburkley@bernsteinlaw.com Mar 23 2018 01:57:24     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13521707       +E-mail/PDF: cbp@onemainfinancial.com Mar 23 2018 01:58:26     Onemain Fi,   Po Box 499,
                 Hanover, MD 21076-0499
13608339        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2018 01:58:32
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13521709       +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2018 01:58:01     Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of New York Mellon, as Trustee for the Asset
cr              JPMORGAN CHASE BANK, N.A.
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al..
cr*            +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,    Salt Lake City, UT 84115-4412
13521710      ##+Santander Consumer Usa,   8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
                                                                                              TOTALS: 3, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: dkam              Page 2 of 2                    Date Rcvd: Mar 22, 2018
                               Form ID: pdf900         Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Joint Debtor Shari Lynn Hummel areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Debtor Jeffery Lee Hummel areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              James  Warmbrodt     on behalf of Creditor    Bank of New York Mellon, as Trustee for the Asset
               Backed Securities Coporation Home Equity Loan Trust 1999-LB1 bkgroup@kmllawgroup.com
              James M. Berent    on behalf of Joint Debtor Shari Lynn Hummel jamesberent@gmail.com
              James M. Berent    on behalf of Plaintiff Shari Lynn Hummel jamesberent@gmail.com
              James M. Berent    on behalf of Plaintiff Jeffery Lee Hummel jamesberent@gmail.com
              Kevin H. Buraks    on behalf of Creditor    Municipality of Penn Hills kburaks@portnoffonline.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```